FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-21-00330-CR

Jack Andrew **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10392
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Appellant's brief was due on February 24, 2022. On February 28, appellant filed a motion requesting a three day extension of time until March 1, 2022 to file his brief. On March 1, 2022, appellant filed his brief. After consideration, we **grant** the motion and **deem** appellant's brief timely filed. Appellee's brief is now due **by March 31, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court